Argued June 23, affirmed June 23, petition for rehearing denied July 25, petition for review denied September 6, 1972

STATE OF OREGON, *Respondent, v.* THOMAS HAGEMAN READY (No. 75151), *Appellant.*

497 P2d 1215

*Ralph W. G. Wyckoff, Jr.,* Salem, argued the cause and filed the brief for appellant.

*Gary D. Gortmaker,* District Attorney, Salem, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.